**Henry Munson, appellant, v. Clyde Fleming, appellee.**

Trover to recover possession of a tractor, farm implements and live stock. Judgment for defendant. Appeal from the Circuit Court of Richland county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed September 23, 1922.

Vause & Kiger, for appellant.   H. G. Morris, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**W. S. Storment, appellee, v. E. H. Barenfanger, appellant.**

Assumpsit for commissions for procuring a purchaser for premises owned by defendant. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed September 23, 1922.

E. B. Vandervort, Wham & Wham and William A. Mills, for appellant.   Charles H. Holt and W. G. Murphey, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**McCreery Lumber Company, Inc., appellee, v. James T. Collins and Letcher Irons, trading as Collins & Irons, appellants.**

Assumpsit for material furnished to defendants for the building of sidewalks. Judgment for plaintiff. Appeal from the Circuit Court of Jefferson county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed September 23, 1922.

Eugene M. Peavler, Albert Watson and Stanley Watson, for appellants.   Robert M. Farthing, G. Gale Gilbert and Harman Gilbert, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Mary A. Baker and H. S. Baker, trustee, appellees, v. Federal System of Bakeries of America et al., appellants.**

Action of forcible entry and detainer. Judgment for plaintiffs for possession. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed September 23, 1922. *Certiorari* denied by Supreme Court (making opinion final).

J. J. Brenholt, D. E. Keefe and S. W. Baxter, for appellants.   Warnock, Williamson & Burroughs, for appellees.

Mr. Justice Boggs delivered the opinion of the court.